# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

136965 & (54)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,
        Cross-Appellant,

v

ERICK LAMONT LEWIS,
        Defendant-Appellant,
        Cross-Appellee.

_____/

SC: 136965
COA: 275652
Jackson CC: 06-003341-FH

On order of the Court, the application for leave to appeal the June 17, 2008 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CORRIGAN, J., would grant leave to appeal for the reasons set forth in her dissenting statement in *People v Thompson*, 477 Mich 146 (2007).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk